

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2021

No. 04-20-00594-CV

Judy **FREEMAN**,
Appellant

v.

Kundu **JOHNSON**, as Independent Administrator of the Estate James Phillip Johnson,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2020CV01100
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

Appellant's brief was due by March 24, 2021. On that day, appellant filed a motion requesting a forty-five day extension of time to file her brief. After consideration, we **GRANT** the motion and **ORDER** appellant to file her brief **by April 19, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court